# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 05-16964

(D.C. Docket No. 97-03924-CV-AMS)

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 30, 2007
THOMAS K. KAHN
CLERK

JERRY GREENBERG,
individually,

Plaintiff-Appellee,

IDAZ GREENBEREG,
individually,

Plaintiff,

versus

NATIONAL GEOGRAPHIC SOCIETY,
a District of Columbia corporation, NATIONAL GEOGRAPHIC
ENTERPRISES, INC., a corporation, MINDSCAPE, INC.,
a California corporation,

Defendants-Appellants.

----------------------------
On Appeal from the United States District Court for the
Southern District of Florida
----------------------------

(Opinion June 13, 2007, ___ F.3rd ____, 11th Cir. 2007)

(August 30, 2007)

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, MARCUS, WILSON and PRYOR, Circuit Judges*.

B Y   T H E   C O U R T :

A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

**IT IS ORDERED** that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby **VACATED.**

---

*Judge Frank M. Hull has recused herself and will not participate. Senior United States Circuit Judge Phyllis A. Kravitch has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).